IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAWN MARTIN,

    Plaintiff,

v.                           CV 619-064

OGEECHEE AREA HOSPICE, INC.,

    Defendant.

## O R D E R

Before the Court is Defendant's Motion for More Definite Statement. Defendant seeks the exact weeks Plaintiff claims she was not properly compensated for overtime. Rule 12(e) states that:

> A party may move for a more definite statement of a pleading to which a responsive pleading is allowed but which is so vague or ambiguous that the party cannot reasonably prepare a response. The motion must be made before filing a responsive pleading . . . .

Fed. R. Civ. P. 12(e).

Plaintiff's Complaint provides fair notice to Defendant of her claims and is not so ambiguous or vague that a party could not frame a responsive pleading. In fact, Defendant filed an Answer admitting that Plaintiff worked as an hourly employee for more than forty hours in a workweek within the past three years. (Answer, Doc. 7, ¶¶ 17-21.) Additionally, Defendant filed its answer before its motion for a more definite statement.

**IT IS THEREFORE ORDERED** that Defendant's Motion for More Definite Statement (Doc. 12) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of September, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA