**EXHIBIT B**

*Martin, et al v. Ogeechee Area Hospice, Inc*

**Carlisle Legal Services**
3500 Fort McAllister Road
Richmond Hill, GA 31324
United States
912-226-6664

# Carlisle Legal Services

**Dawn Martin**

| | |
|---|---|
| **Balance** | $2,545.00 |
| **Invoice #** | 00125 |
| **Invoice Date** | August 13, 2019 |
| **Payment Terms** | |
| **Due Date** | |

**Dawn Martin v. Ogeechee Area Hospice**

## Time Entries

| DATE | EE | ACTIVITY | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|---|
| 06/27/2019 | ECB | Document Preparation | | $200.00 | 4.0 | $800.00 |
| 07/10/2019 | ECB | Document Preparation | | $200.00 | 3.0 | $600.00 |
| 07/15/2019 | ECB | Document Preparation | | $200.00 | 3.0 | $600.00 |
| | | | | Totals: | 10.0 | $2,000.00 |

## Expenses

| DATE | EE | ACTIVITY | DESCRIPTION | COST | QUANTITY | LINE TOTAL |
|---|---|---|---|---|---|---|
| 07/16/2019 | ECB | Fees and Costs | Filing Fee | $400.00 | 1.0 | $400.00 |
| 07/16/2019 | ECB | Fees and Costs | Service of Process | $145.00 | 1.0 | $145.00 |
| | | | | | Expense Total: | $545.00 |

| | |
|---|---|
| Time Entry Sub-Total: | $2,000.00 |
| Expense Sub-Total: | $545.00 |
| **Sub-Total:** | $2,545.00 |

| | |
|---|---|
| Total: | $2,545.00 |
| Amount Paid: | $0.00 |
| **BALANCE DUE:** | **$2,545.00** |